**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**Eastern Division**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 22-42823-399** |
| **PATRICK W. MCGHEE** | ) | |
| | ) | **Chapter 13** |
| **Debtors,** | ) | |
| | ) | |
| **UNITED WHOLESALE MORTGAGE, LLC** | ) | **DOCKET NO. ____________** |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**RESPONSE TO TRUSTEE'S OBJECTION TO PROOF OF CLAIM #9-1**

**COMES NOW,** United Wholesale Mortgage, LLC, its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Respondent"), by and through its attorneys, Melinda J. Maune, Amy Tucker Ryan, and the law firm of Armstrong Teasdale LLP, and in response to the Trustee's Objection to Proof of Claim #9-1 states as follows:

1. On November 8, 2022, the Trustee filed an objection to Respondent's claim #9-1 on the basis that Respondent needs to list the value of the Collateral securing the debt.

2. The Property is Debtor's primary residence and Respondent holds the first lien. The Trustee's objection was due to the Chapter 13 Plan failing to provide for pre-petition and post-petition payments to Respondent. Respondent filed an Objection to Confirmation on similar grounds.

3. Respondent states that the Debtor should amend the plan to provide for pre-petition and post-petition payments to Respondent or provide for the surrender of the property. If the plan provides for pre-petition and post-petition treatment of the claim, the Chapter 13 Trustee will withdraw its Objection to Claim and an amended claim will not be required.

4. In the event, Debtor does not amend the plan to provide for treatment of Respondent's claim as a first lien on the residence, Respondent will request additional time to amend its claim and cure the Trustee's objection.

**WHEREFORE**, Respondent respectfully requests that this Court deny the Trustee's objection, allow Respondent`s claim as filed, and for such other and further relief as is just and appropriate under the circumstances.

ARMSTRONG TEASDALE LLP

/s/ Melinda J. Maune
Melinda J. Maune, #49797MO, mmaune@atllp.com
Amy Tucker Ryan, #49047MO, atryan@atllp.com
7700 Forsyth Blvd., Suite 1800
Saint Louis, MO 63105
Telephone: (314) 621-5070
Fax: (314) 621-5065
ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on the 21st day of November, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below on the 21st day of November, 2022:

Patrick W. McGhee
2057 Central Parkway
Florissant, MO 63031

/s/ Melinda J. Maune
Attorney for Respondent