**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **) In Proceedings Under** |
| **Patrick McGhee,** | **) Chapter 13** |
| | **)** |
| **Debtor/Movant,** | **) Case No. 22-42823** |
| **v.** | **)** |
| | **) Response Due: January 4, 2023** |
| **US Department of Housing and Urban Dev.,** | **)** |
| | **)** |
| **Respondent.** | **)** |
| | **)** |

**WARNING: THIS OBJECTION TO CLAIM SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY January 4, 2023. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

OBJECTION TO CLAIM

Comes Now Debtor, Scott Orlando, and objects to Claim No. 1 of US Department of Housing and Urban Development ("HUD") in the amount of $33,403.37 secured, for the following reasons:

1. There are no payments due under the loan until December 1, 2051.

Wherefore Debtor prays that this court enter an order allowing the claim of HUD as secured but order it not paid as no payments are presently due under the note and for such other and further relief as the Court deems just, appropriate under the circumstances.

RESPECTFULLY SUBMITTED

*/s/ Angela Redden-Jansen*
Angela Redden-Jansen, 85064
Attorney for Debtor
3350 Greenwood Blvd.
Maplewood, MO 63143
314.645.5900
amredden@swbell.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of December, 2022, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon the Chapter 13 Trustee and a copy was sent via first class mail, postage prepaid to the following:

Marcia L. Fudge, Secretary
U.S. Department of Housing and Urban Development
451 7th Street S.W.,
Washington, DC 20410

U.S. Department of Housing and Urban Development
Proof of Claim Notice Address
400 State Avenue,
Gateway Tower, Suite
510 Kansas City,, KS 66101

Courtesy copy to:
Joshua Jones, AUSA
Joshua.M.Jones@usdoj.gov

Merrick Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Timothy Gribben, Commissioner
Department of Treasury
1111 Constitution Ave., NW
Washington, DC 20224

*/s/ Angela Redden-Jansen*