**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **) In Proceedings Under** |
| **Patrick McGhee,** | **) Chapter 13** |
| | **)** |
| **Debtor/Movant,** | **) Case No. 22-42823** |
| **v.** | **)** |
| | **) Response Due: January 4, 2023** |
| **Alpena-Alcona Area Credit Union** | **)** |
| | **)** |
| **Respondent.** | **)** |
| | **)** |

**WARNING: THIS OBJECTION TO CLAIM SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY January 4, 2023. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

## OBJECTION TO CLAIM

Comes Now Patrick McGhee ("Debtor"), and objects to Claim No. 6 of Alpena-Alcona Area Credit Union in the amount of $24,705.19 secured, for the following reasons:

1. This claim is not secured by any property of the estate.
2. This collateral was traded in for Debtor's 2018 Mazda CX5.

Wherefore Debtor prays that this court enter an order allowing the claim of of Alpena-Alcona Area Credit Union as secured but order it not paid as no payments are presently due under the note and for such other and further relief as the Court deems just, appropriate under the circumstances.

RESPECTFULLY SUBMITTED

*/s/ Angela Redden-Jansen*
Angela Redden-Jansen, 85064
Attorney for Debtor
3350 Greenwood Blvd.
Maplewood, MO 63143
314.645.5900
amredden@swbell.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of December, 2022, a true copy of the foregoing was filed electronically using the Court's CM/ECF system, to be served via operation of the Court's electronic filing system upon the Chapter 13 Trustee and a copy was sent via first class mail, postage prepaid to the following:

/s/Angela Redden-Jansen

Alpena-Alcona Area Credit Union
Donald Mills, President-CEO
1100 South Bagley Street
Alpena, MI 49707-0515